**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Viskase Companies, Inc.
                                Plaintiff,

v.                                          Case No.: 1:09−cv−05022
                                                      Honorable Elaine E. Bucklo

World Pac International AG, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 8, 2010:

      MINUTE entry before Honorable Elaine E. Bucklo:Preliminary injunction evidentiary hearing held on 6/8/10 and concluded. Decision will be by mail. Jury Trial set for November 8, 2010 at 9:30 a.m. Pretrial order to be filed by October 4, 2010. If the parties have known disputes over discovery that they cannot resolve or disputes with respect to schedule for concluding discovery, they will be heard on June 18, 2010. In such case, they shall contact Mathew John to let him know how much time they expect will be required so that he can set a time on that date for hearing any motion. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.